Kouichi TANIGUCHI, Plaintiff–
Appellant,

v.

KAN PACIFIC SAIPAN, LTD., doing
business as Mariana Resort and
Spa, Defendant–Appellee.

No. 09–15212.

United States Court of Appeals,
Ninth Circuit.

July 20, 2012.

Douglas F. Cushnie, Law Offices of Douglas F. Cushnie, Saipan, MP, for Plaintiff–Appellant.

Richard Wilcox Pierce, Richard W. Pierce Law Office LLC, Saipan, MP, Thomas Lynn Roberts, Esquire, Dooley Roberts & Fowler LLP, Tamuning, GU, for Defendant–Appellee.

Before: MICHAEL DALY HAWKINS, M. MARGARET McKEOWN, and JOHNNIE B. RAWLINSON, Circuit Judges.

### ORDER

Pursuant to the Opinion of the Supreme Court in *Taniguchi v. Kan Pacific Saipan, Ltd.*, —— U.S. ——, 132 S.Ct. 1997, 182 L.Ed.2d 903 (2012), the district court's grant of Defendant's motion for costs pursuant to 28 U.S.C. § 1920(6) is REVERSED, and the matter is REMANDED for proceedings consistent with the